SCWC-15-0000559

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————————

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

JOSEPH D. JONES, also known as Bobby R. Williams,
Petitioner/Defendant-Appellant,

and

JANA PYNE, Respondent/Defendant.

———————————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000559; CR. NO. 14-1-1296)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Joseph D. Jones's

application for writ of certiorari filed on September 4, 2018, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, October 24, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

